ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MALINDA O. WOODARD,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER WITH WACHOVIA MORTGAGE, FSB (FORMERLY) WORLD SAVINGS BANK, FSB; and "ALL PERSONS or ENTITIES UNKNOWN CLAIMING ANY LEGAL or EQUITABLE RIGHT, TITLE, ESTATE, LIEN or INTEREST in the PROPERTY DESCRIBED in this COMPLAINT ADVERSE to PLAINTIFF'S TITLE, or ANY CLOUD UPON PLAINTIFF'S TITLE THERETO" and DOES 1-25, Inclusive,<br><br>    Defendants. | CASE NO.: 5:14-cv-1017-ODW(SHx)<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[Assigned to the Hon Otis D. Wright, II, District Judge]* |

On July 16, 2014 , the Court entered an Order denying plaintiff's Motion to Remand [Doc. 12] and granting the Motion to Dismiss Complaint [Doc. 8], filed

by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued as Wells Fargo Bank, N.A. successor by merger with Wachovia Mortgage, FSB (formerly) World Savings Bank, FSB) ("Wells Fargo") and dismissing the Complaint without leave to amend.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed with prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued as Wells Fargo Bank, N.A. successor by merger with Wachovia Mortgage, FSB (formerly) World Savings Bank, FSB), and against plaintiff Malinda O Woodard; and

3. Plaintiff Malinda O. Woodard shall take and recover nothing in this action from defendant Wells Fargo.

Dated: July 29, 2014

THE HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE